# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| CINDY GUTIERREZ, | CASE NO. 15cv0867-WQH-RBB |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| HERTZ CORP., | |
| Defendant. | |

HAYES, J:

The matter before the Court is the mandatory screening of the First Amended Complaint (ECF No. 5) pursuant to 28 U.S.C. section 1915(e)(2)(B).

On April 20, 2015, Plaintiff Cindy Gutierrez commenced this action by filing the Complaint (ECF No. 1), a motion to proceed *in forma pauperis* ("IFP") (ECF No. 2), and a motion for the appointment of counsel (ECF No. 3). On April 23, 2015, the Court issued an Order, granting the motion to proceed IFP, dismissing the Complaint without prejudice, and dismissing the motion for the appointment of counsel as moot. (ECF No. 4). On May 12, 2015, Plaintiff filed a "Complaint," which the Court construes as the First Amended Complaint ("FAC"). (ECF No. 5).

**I. Initial Screening of the Complaint**

A complaint filed by any person proceeding in forma pauperis pursuant to 28 U.S.C. § 1915(a) is also subject to mandatory review and sua sponte dismissal to the extent it "is frivolous or malicious; fails to state a claim on which relief may be granted; or seeks monetary relief from a defendant who is immune from such relief." 28 U.S.C.

§ 1915(e)(2)(B)(i)-(iii); *see also Lopez v. Smith*, 203 F.3d 1122, 1126 (9th Cir. 2000) (en banc).  Upon review of the allegations in the FAC, the Court finds they are sufficient to satisfy the requirements of section 1915(e)(2)(B).  However, Plaintiff is advised that this Order will not be construed as a denial of a 12(b)(6) motion to dismiss or expressing an opinion as to whether the FAC would survive such a motion.  *See Teahan v. Wilhelm*, 481 F. Supp. 2d 1115, 1119 (S.D. Cal. 2007) ("[T]he sua sponte screening and dismissal procedure is cumulative of, and not a substitute for, any subsequent Rule 12(b)(6) motion that the defendant may choose to bring.").

**IV.  Conclusion**

IT IS HEREBY ORDERED that ECF No. 5 shall be construed as the First Amended Complaint.

IT IS FURTHER ORDERED that the Clerk of Court shall issue a summons and provide Plaintiff with the summons, certified copies of both this Order and the First Amended Complaint, and a blank U.S. Marshal Form 285.  Plaintiff shall complete the U.S. Marshal Form 285, and forward the Form 285 and the designated copies of this Order and the First Amended Complaint to the U.S. Marshal.  The U.S. Marshal shall serve a copy of the Complaint and summons upon Defendant as directed by Plaintiff on the U.S. Marshal Form 285.

DATED: May 21, 2015

**WILLIAM Q. HAYES**
United States District Judge